UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NOLAN LEBANKS** | **CIVIL ACTION** |
| **versus** | **NO. 09-7709** |
| **BURL CAIN, WARDEN** | **SECTION: "J" (1)** |

### O R D E R

Having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the petitioner's objection thereto, the Court hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Nolan Lebanks** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this   3rd   day of   December  , 2010.

UNITED STATES DISTRICT JUDGE